UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

**KURT PHILIP, also known as Kurt Phillip,**

                **Plaintiff,**

        v.                                      **9:10-CV-643 (FJS/TWD)**

**WILLIAM D. BROWN, Superintendent,**
**Eastern Correctional Facility and**
**YASIN LATIF, Imaam and Coordinating**
**Chaplin of Eastern Correctional Facility,**

                **Defendants.**
_____

**APPEARANCES**                          **OF COUNSEL**

**KURT PHILIP, also known as Kurt Phillip**
**99-A-3711**
Chantimelle
St. Patrick's
Grenada, West Indies
Plaintiff *pro se*

**OFFICE OF THE NEW YORK**          **CHARLES J. QUACKENBUSH, AAG**
**STATE ATTORNEY GENERAL**
The Capitol
Albany, New York 12224
Attorneys for Defendants

**SCULLIN, Senior Judge**

## ORDER

      Currently before the Court is Magistrate Judge Dancks' March 13, 2012 Report-Recommendation, in which she recommended that this Court deny Plaintiff's motion for summary judgment and grant Defendants' cross-motion for summary judgment. The parties did not file any objections to these recommendations.

When a party does not object to a magistrate judge's report-recommendation, the court reviews that report-recommendation for clear error or manifest injustice. *See Linares v. Mahunik*, No. 9:05-CV-625, 2009 WL 3165660, *10 (N.D.N.Y. July 16, 2009) (citation and footnote omitted). After conducting this review, "the Court may 'accept, reject, or modify in whole or in part, the . . . recommendations made by the magistrate judge.'" *Id*. (quoting 28 U.S.C. § 636(b)(1)(C)).

The Court has reviewed Magistrate Judge Dancks' March 13, 2012 Report-Recommendation for clear error and manifest injustice; and, finding none, the Court hereby

**ORDERS** that Magistrate Judge Dancks' March 13, 2012 Report-Recommendation is **ACCEPTED in its entirety** for the reasons stated therein; and the Court further

**ORDERS** that Plaintiff's motion for summary judgment is **DENIED**; and the Court further

**ORDERS** that Defendants' cross-motion for summary judgment is **GRANTED**; and the Court further

**ORDERS** that the Clerk of the Court shall enter judgment in favor of Defendants and close this case; and the Court further

**ORDERS** that the Clerk of the Court shall serve a copy of this Order on the parties in accordance with the Local Rules.

**IT IS SO ORDERED**.

Dated: April 5, 2012
       Syracuse, New York

Frederick J. Scullin, Jr.
Senior United States District Court Judge